# EXHIBIT A

All Law Division initial Case Management Dates will be heard via ZOOM.
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME/Zoom-Links/Agg4906_SelectTab/12
Remote Court date: 1/31/2023 9:30 AM

12-Person Jury

FILED
11/29/2022 8:52 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L010595
Calendar, J
20476409

FILED DATE: 11/29/2022 8:52 PM 2022L010595

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT, FIRST DISTRICT**

YURY GRENADYOR,

Plaintiff,

vs.

DISCOVER FINANCIAL SERVICES; TRANSUNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS INC.; INNOVIS DATA SOLUTIONS INC.;

Defendants.

No. 21-M1-______

Return Date:

Plaintiff Yury Grenadyor hereby alleges as follows:

## PRELIMINARY STATEMENT

1. This is an action for damages arising from Defendant's violations of the Fair Credit Reporting Act, 15 U.S.C. §1681 *et seq.* (hereinafter "FCRA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action as the transaction over which suit is brought arose in Chicago.

## PARTIES

3. Plaintiff is a natural person who at all relevant times has resided in, Des Plaines, Illinois.

4. Defendant, Equifax Information Services, LLC ("Equifax"), is a business entity that regularly conducts business in Illinois with its principal place of business as 1550 Peachtree Street NW, Atlanta, Georgia 30309. Equifax is a "consumer reporting agency" as defined in 15 U.S.C. §

FILED DATE: 11/29/2022 8:52 PM    2022L010595

1681a(F) and is engaged in the business of assembling, evaluating, and disbursing information concerning consumers for the purpose of furnishing consumer reports, as defined in 15 U.S.C. §1681 a(d), to third parties.

5.    Defendant, Trans Union, LLC ("Trans Union"), is a business entity that regularly conducts business in Illinois with its principal place of business as 555 West Adams, Chicago, Illinois 60661. TransUnion is a "consumer reporting agency" as defined in 15 U.S.C. § 1681a(f) and is engaged in the business of assembling, evaluating, and disbursing information concerning consumers for the purpose of furnishing consumer reports, as defined in 15 U.S.C. §1681 a(d), to third parties.

6.    Defendant Experian Information Solutions, Inc. ("Experian") is a business entity that regularly conducts business in Illinois with its principal place of business as 475 Anton Boulevard, Costa Mesa, California 92626.  Experian is a "consumer reporting agency", as defined in 15 U.S.C. § 1681a(F), and is engaged in the business of assembling, evaluating, and disbursing information concerning consumers for the purpose of furnishing consumer reports, as defined in 15 U.S.C. §1681 a(d), to third parties.

7.    Defendant Innovis Data Solutions, Inc. ("Innovis") is a business entity that regularly conducts business in Illinois with its principal place of business as 250 East Town Street Columbus, Ohio 43215.  Innovis is a "consumer reporting agency", as defined in 15 U.S.C. § 1681a(F), and is engaged in the business of assembling, evaluating, and disbursing information concerning consumers for the purpose of furnishing consumer reports, as defined in 15 U.S.C. §1681 a(d), to third parties.

8.    Defendant, Discover Financial Services ("Discover") is a bank corporation that regularly conducts business in Illinois with its corporate headquarters located at 2500 Lake Cook Rd., Riverwoods, IL 60015. Discover regularly and in the ordinary course of business furnishes

FILED DATE: 11/29/2022 8:52 PM    2022L010595

information to various consumer reporting agencies regarding Discover's transactions with consumers, and is a "furnisher" of information as contemplated by FCRA § 1681s-2(a) & (b).

## FACTUAL STATEMENT

9.    On a date better known by Defendants, Plaintiff opened account #xxxx1421 ("Account") with Discover.

10.    On or about December 31, 2020, Discover cancelled the debt and issued Plaintiff a 1099C on said account and the waiver was considered a taxable income.

11.    "Canceled" is a term of art that means that the creditor has forgiven the loan and has released the debtor from the obligation to repay the funds previously borrowed.

12.    Discover sent notice of their decisions to Plaintiff at his residence.

13.    On information and belief, Discover reported to the IRS that the Discover Account had been canceled and obtained a tax benefit for Discover on that basis.

14.    On information and belief, Discover voluntarily disposed of Discover's right to collect on the Discover Account and unilaterally procured a benefit for Discover by exercising the power to dispose of those contractual rights.

15.    Plaintiff was no longer obligated to repay Discover because Discover fully disposed of Discover's rights under the contract, just as Plaintiff would not be obligated if Discover had disposed of Discover's rights by selling the Discover accounts or otherwise assigning Discover's rights to a private party for valuable consideration.

FILED DATE: 11/29/2022 8:52 PM 2022L010595

16. After Discover provided Plaintiff with the 1099C, Discover had no further business relationship with Plaintiff.

17. Despite reporting to Plaintiff and the IRS that the Discover Account was canceled and debt forgiven, Discover continued to report the account to each of Equifax, TransUnion, Experian, and Innovis as still owing to Discover and having a balance due, and a monthly balanced owed through 2022.

18. Discover unilaterally gained the benefits both of continuing to collect a debt and canceling the debt, while unilaterally imposing on Plaintiff the detriments of still owing the balance while also imposing the detriments associated with the debt being canceled.

19. On or about December 2021, Plaintiff reviewed his credit report**s** and noticed that the Discover trade line continued to report a balance due on his credit reports, suggesting that Plaintiff continued to owe the cancelled debts. As the Discover Account cannot be both canceled and still have a balance due, on or about February 2022, Plaintiff sent an initial dispute letter to Equifax, TransUnion, Experian, and Innovis stating that the debts had been cancelled therefore, no balance was owed or owing.

20. After receiving Plaintiff's dispute about the erroneous information, Defendants Equifax, TransUnion, Experian, and Innovis forwarded Plaintiff's dispute to Discover.

21. In response to Plaintiff's dispute, the Discover trade line was verified and continued to report a balance and past due amount on Plaintiff's Equifax, TransUnion, Experian, and Innovis credit report.

22. Plaintiff has sent subsequent dispute letters as well, to no avail.

FILED DATE: 11/29/2022 8:52 PM 2022L010595

23. Had Discover conducted a reasonable investigation into Plaintiff's dispute, it would have listed the balance as zero. Discover's failure to reasonably investigate Plaintiff's dispute has negatively affected Plaintiff's credit worthiness.

24. Equifax, TransUnion, Experian, and Innovis also failed to properly report the errant Discover trade line. After being given sufficient notice of the debt cancellation, Equifax, TransUnion, Experian, and Innovis failed to update the trade lines to reflect a zero balance in violation of its duties and obligations under the FCRA.

25. Because of Defendants' conduct, Plaintiff suffered financial and emotional distress.

26. In addition to the above, despite Defendant Discover's cessation of any business relationship with Plaintiff in 2020, Discover made several credit inquiries of Plaintiff's credit repot in 2021 and 2022. Defendant Discover did not have any permissible purpose for requesting Plaintiff's credit information.

27. Defendants TransUnion, Experian, Equifax, and Innovis did not have any permissible purpose in providing Plaintiff's credit information to Discover in 2021 or 2022.

## COUNT I
## VIOLATIONS OF THE FAIR CREDIT REPORTING ACT
## BY DISCOVER FINANCIAL SERVICES

28. Plaintiff repeats, re-alleges, and reasserts the allegations contained in the above paragraphs and incorporates them as if specifically set forth at length herein.

29. At all times pertinent hereto, Discover was a "person" as that term is used and defined under 15 U.S.C. § 1681a.

FILED DATE: 11/29/2022 8:52 PM   2022L010595

30.     Discover willfully and negligently supplied Equifax, TransUnion, Experian, and Innovis with information about Plaintiff that was false, misleading, and inaccurate.

31.     After receiving notice of Plaintiff's disputes, Discover willfully and negligently failed to conduct a reasonable investigation of the inaccurate information that Plaintiff disputed, and continued reporting the inaccurate information to Equifax, TransUnion, Experian, and Innovis.

32.     Discover notified Plaintiff and the IRS that the debt was cancelled, and any reasonable investigation would have made clear that the trade line should no longer be reporting a balance.

33.     Thus, Discover could not have performed a reasonable investigation in compliance with the requirements imposed upon furnishers under the FCRA.

34.     By failing to conduct a reasonable investigation into Plaintiff's disputes, including the failure to mark the account as in-dispute and verifying balances owed on a discharged debt Discover negligently violated § 1681s-2(b).

35.     Alternatively, by willfully failing to conduct a reasonable investigation Discover willfully violated § 1681s-2(b).

36.     Discover's impermissible credit inquiries violated section 1681b(f) and section 1681e(a) of the FCRA.

37.     As a direct and proximate result of Discover's willful and/or negligent refusal to comply with the FCRA as described herein, Plaintiff has suffered loss and damage including, but not limited to: financial loss, loss of creditworthiness, loss of credit opportunity, damage to reputation, expenditure of significant time, energy and out-of-pocket costs, distress, mental anguish, worry, frustration, fear and embarrassment.

FILED DATE: 11/29/2022 8:52 PM 2022L010595

WHEREFORE, PLAINTIFF PRAYS that this court grant him a judgment against Discover for the greater of statutory or actual damages, plus punitive damages along with costs, interest, and attorney's fees.

**COUNT II**
**VIOLATION OF THE FAIR CREDIT REPORTING ACT**
**BY TRANSUNION, LLC**

38. Plaintiff repeats, re-alleges, and reasserts the allegations contained in the above paragraphs and incorporates them as if specifically set forth at length herein.

39. Defendant TransUnion prepared, compiled, issued, assembled, transferred, published and otherwise reproduced consumer reports to third parties regarding Plaintiff as that term is used and defined under 15 U.S.C. § 1681a.

40. Said reports contained information about Plaintiff that was false, misleading, and inaccurate.

41. Specifically, Plaintiff informed TransUnion that Discover had canceled and forgiven the debt based on the Discover's IRS form 1099-C dated on December 31, 2020 for the trade line in question, and accordingly the trade line should reflect a zero balance. Nonetheless, TransUnion verified the Discover trade line as accurate. Also, TransUnion failed to address and remove "Impermissible Inquiries within Account Review Section" made by Discover at least few times in 2021 and 2022 despite Plaintiff's disputes.

42. TransUnion negligently and willfully failed to maintain and/or follow reasonable procedures to assure maximum possible accuracy of the information it reported to one or more third parties pertaining to Plaintiff, in violation of 15 U.S.C. § 1681e(b).

FILED DATE: 11/29/2022 8:52 PM 2022L010595

43. After receiving Plaintiff's dispute highlighting that the Discover trade lines should reflect a zero balance, TransUnion negligently and willfully failed to conduct a reasonable investigation as required by 15 U.S.C. § 1681i. Had TransUnion conducted a reasonable investigation into Plaintiff's dispute, or the evidence he provided, it would have listed the Discover balance as zero.

44. TransUnion also failed to report the account as disputed.

45. TransUnion's unlawful dissemination of Plaintiff's credit report violates 15 U.S.C. § 1681e(a) and 15 U.S.C. § 1681(b)(1).

46. As a direct and proximate result of TransUnion willful and/or negligent refusal to comply with the FCRA as described herein, Plaintiff has suffered loss and damage including, but not limited to: financial loss, loss of creditworthiness, loss of credit opportunity, damage to reputation, expenditure of significant time, energy and out-of-pocket costs, distress, mental anguish, worry, frustration, fear and embarrassment.

47. TransUnion's conduct, action and inaction was willful, rendering it liable for actual and statutory damages, and punitive damages in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n. In the alternative, TransUnion was negligent entitling the Plaintiff to recover actual damages under 15 U.S.C. § 1681o.

WHEREFORE, PLAINTIFF PRAYS that this court grant him a judgment against TransUnion for the greater of statutory or actual damages, plus punitive damages along with costs, interest, and attorney's fees.

## COUNT III
## VIOLATION OF THE FAIR CREDIT REPORTING ACT
## BY EQUIFAX INFORMATION SERVICES, LLC

FILED DATE: 11/29/2022 8:52 PM    2022L010595

48.     Plaintiff repeats, re-alleges, and reasserts the allegations contained in the above paragraphs and incorporates them as if specifically set forth at length herein.

49.     Defendant Equifax prepared, compiled, issued, assembled, transferred, published and otherwise reproduced consumer reports to third parties regarding Plaintiff as that term is used and defined under 15 U.S.C. § 1681a.

50.     Said reports contained information about Plaintiff that was false, misleading, and inaccurate.

51.     Specifically, Plaintiff informed Equifax that Discover had canceled and forgiven the debt based on the Discover's IRS form 1099-C dated on December 31, 2020 for the trade line in question, and accordingly the trade line should reflect a zero balance. Nonetheless, Equifax verified the Discover trade line as accurate.

52.     Equifax negligently and willfully failed to maintain and/or follow reasonable procedures to assure maximum possible accuracy of the information it reported to one or more third parties pertaining to Plaintiff, in violation of 15 U.S.C. § 1681e(b).

53.     After receiving Plaintiff's dispute highlighting that the Discover trade lines should reflect a zero balance, Equifax negligently and willfully failed to conduct a reasonable investigation as required by 15 U.S.C. § 1681i. Had Equifax conducted a reasonable investigation into Plaintiff's dispute, or the evidence he provided, it would have listed the Discover balance as zero.

54.     Equifax also failed to report the account as disputed.

55.     Equifax's unlawful dissemination of Plaintiff's credit report violates 15 U.S.C. § 1681e(a) and 15 U.S.C. § 1681(b)(1).

FILED DATE: 11/29/2022 8:52 PM 2022L010595

56. As a direct and proximate result of Equifax willful and/or negligent refusal to comply with the FCRA as described herein, Plaintiff has suffered loss and damage including, but not limited to: financial loss, loss of creditworthiness, loss of credit opportunity, damage to reputation, expenditure of significant time, energy and out-of-pocket costs, distress, mental anguish, worry, frustration, fear and embarrassment.

57. Equifax's conduct, action and inaction was willful, rendering it liable for actual and statutory damages, and punitive damages in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n. In the alternative, Equifax was negligent entitling the Plaintiff to recover actual damages under 15 U.S.C. § 1681o.

WHEREFORE, PLAINTIFF PRAYS that this court grant him a judgment against Equifax for the greater of statutory or actual damages, plus punitive damages along with costs, interest, and attorney's fees.

**COUNT IV**
**VIOLATION OF THE FAIR CREDIT REPORTING ACT**
**BY EXPERIAN INFORMATION SOLUTIONS, INC.**

58. Plaintiff repeats, re-alleges, and reasserts the allegations contained in the above paragraphs and incorporates them as if specifically set forth at length herein.

59. Defendant Experian prepared, compiled, issued, assembled, transferred, published and otherwise reproduced consumer reports to third parties regarding Plaintiff as that term is used and defined under 15 U.S.C. § 1681a.

60. Said reports contained information about Plaintiff that was false, misleading, and inaccurate.

FILED DATE: 11/29/2022 8:52 PM      2022L010595

61.     Specifically, Plaintiff informed Experian that Discover had canceled and forgiven the debt based on the Discover's IRS form 1099-C dated on December 31, 2020 for the trade line in question, and accordingly the trade line should reflect a zero balance. Nonetheless, Experian verified the Discover trade line as accurate. Also, Experian failed to address and remove "Impermissible Inquiries within Account Review Section" made by Discover at least few times in 2021 and 2022 despite Plaintiff's disputes.

62.     Experian's unlawful dissemination of Plaintiff's credit report violates 15 U.S.C. § 1681e(a) and 15 U.S.C. § 1681(b)(1).

63.     Experian negligently and willfully failed to maintain and/or follow reasonable procedures to assure maximum possible accuracy of the information it reported to one or more third parties pertaining to Plaintiff, in violation of 15 U.S.C. § 1681e(b).

64.     After receiving Plaintiff's dispute highlighting that the Discover trade lines should reflect a zero balance, Experian negligently and willfully failed to conduct a reasonable investigation as required by 15 U.S.C. § 1681i. Had Experian conducted a reasonable investigation into Plaintiff's dispute, or the evidence he provided, it would have listed the Discover balance as zero.

65.     Experian also failed to report the account as disputed.

66.     As a direct and proximate result of Experian willful and/or negligent refusal to comply with the FCRA as described herein, Plaintiff has suffered loss and damage including, but not limited to: financial loss, loss of creditworthiness, loss of credit opportunity, damage to reputation, expenditure of significant time, energy and out-of-pocket costs, distress, mental anguish, worry, frustration, fear and embarrassment.

FILED DATE: 11/29/2022 8:52 PM 2022L010595

67. Experian's conduct, action and inaction was willful, rendering it liable for actual and statutory damages, and punitive damages in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n. In the alternative, Experian was negligent entitling the Plaintiff to recover actual damages under 15 U.S.C. § 1681o.

WHEREFORE, PLAINTIFF PRAYS that this court grant him a judgment against Experian for the greater of statutory or actual damages, plus punitive damages along with costs, interest, and attorney's fees.

**COUNT V**
**VIOLATION OF THE FAIR CREDIT REPORTING ACT**
**BY INNOVIS DATA SOLUTIONS INC**

68. Plaintiff repeats, re-alleges, and reasserts the allegations contained in the above paragraphs and incorporates them as if specifically set forth at length herein.

69. Defendant Innovis prepared, compiled, issued, assembled, transferred, published and otherwise reproduced consumer reports to third parties regarding Plaintiff as that term is used and defined under 15 U.S.C. § 1681a.

70. Said reports contained information about Plaintiff that was false, misleading, and inaccurate.

71. Specifically, Plaintiff informed Innovis that Discover had canceled and forgiven the debt based on the Discover's IRS form 1099-C dated on December 31, 2020 for the trade line in question, and accordingly the trade line should reflect a zero balance. Nonetheless, Equifax verified the Discover trade line as accurate.

FILED DATE: 11/29/2022 8:52 PM   2022L010595

72.     Innovis negligently and willfully failed to maintain and/or follow reasonable procedures to assure maximum possible accuracy of the information it reported to one or more third parties pertaining to Plaintiff, in violation of 15 U.S.C. § 1681e(b).

73.     After receiving Plaintiff's dispute highlighting that the Discover trade lines should reflect a zero balance, Innovis negligently and willfully failed to conduct a reasonable investigation as required by 15 U.S.C. § 1681i. Had Innovis conducted a reasonable investigation into Plaintiff's dispute, or the evidence he provided, it would have listed the Discover balance as zero.

74.     Innovis also failed to report the account as disputed.

75.     As a direct and proximate result of Innovis willful and/or negligent refusal to comply with the FCRA as described herein, Plaintiff has suffered loss and damage including, but not limited to: financial loss, loss of creditworthiness, loss of credit opportunity, damage to reputation, expenditure of significant time, energy and out-of-pocket costs, distress, mental anguish, worry, frustration, fear and embarrassment.

76.     Innovis's conduct, action and inaction was willful, rendering it liable for actual and statutory damages, and punitive damages in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n.  In the alternative, Innovis was negligent entitling the Plaintiff to recover actual damages under 15 U.S.C. § 1681o.

WHEREFORE, PLAINTIFF PRAYS that this court grant him a judgment against Innovis for the greater of statutory or actual damages, plus punitive damages along with costs, interest, and attorney's fees.

Dated this 29th of November 2022.

FILED DATE: 11/29/2022 8:52 PM   2022L010595

Respectfully Submitted,


/s/ Frank Venis

Frank Venis, Esq.
Venis & Copp LLP

205 W. Randolph St. (Suite 2000)
Chicago, IL 60606
(312) 469-0707
venis@venisandcopp.com
Attorney for Plaintiff

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, J

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

FILED DATE: 11/30/2022 3:04 PM 2022L010595

| STATE OF ILLINOIS, CIRCUIT COURT<br>Cook COUNTY | SUMMONS | For Court Use Only<br>FILED<br>11/30/2022 3:04 PM<br>IRIS Y. MARTINEZ<br>CIRCUIT CLERK<br>COOK COUNTY, IL<br>2022L010595<br>Calendar, J<br>20490314 |
|---|---|---|

| Instructions ▼ | | |
|---|---|---|
| Enter above the county name where the case was filed. | YURY GRENADYOR<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | v. | |
| Enter the names of all people you are suing as Defendants/ Respondents. | DISCOVER FINANCIAL SERVICES.<br>**Defendant / Respondent** *(First, middle, last name)* | 22-L-010595<br>**Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

| | |
|---|---|
| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.<br><br>E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.<br><br>Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. |
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons*, *Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.<br><br>If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

*In **1a**, enter the name and address of a Defendant/ Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here.*

**1. Defendant/Respondent's address and service information:**

a. Defendant/Respondent's primary address/information for service:
Name *(First, Middle, Last)*: DISCOVER FINANCIAL SERVICES
Registered Agent's name, if any: ____________
Street Address, Unit #: 2500 Lake Cook Road
City, State, ZIP: Riverwoods, IL 60015
Telephone: ____________ Email: ____________

*In **1b**, enter a second address for Defendant/ Respondent, if you have one.*

b. If you have more than one address where Defendant/Respondent might be found, list that here:
Name *(First, Middle, Last)*: ____________
Street Address, Unit #: ____________
City, State, ZIP: ____________
Telephone: ____________ Email: ____________

*In **1c**, check how you are sending your documents to Defendant/ Respondent.*

c. Method of service on Defendant/Respondent:
☐ Sheriff ☐ Sheriff outside Illinois: ____________ *County & State*
☐ Special process server ☐ Licensed private detective

Enter the Case Number given by the Circuit Clerk: 2022L010595

FILED DATE: 11/30/2022 3:04 PM 2022L010595

In **2**, enter the amount of money owed to you.

**2. Information about the lawsuit:**

Amount claimed: $

In **3**, enter your complete address, telephone number, and email address, if you have one.

**3. Contact information for the Plaintiff/Petitioner:**

Name *(First, Middle, Last)*: YURY GRENADYOR

Street Address, Unit #: 9009 Golf Road Apt. 5h

City, State, ZIP: Des Plaines, IL 60016

Telephone: ______ Email: ______

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

**Important information for the person getting this form**

You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/.

Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**.

**4. Instructions for person receiving this *Summons* (Defendant):**

☑ a. To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service)* by e-filing or at:

Address: 50 West Washington St.

City, State, ZIP: Chicago, IL 60602

In **4a,** fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response*.

☐ b. Attend court:

On: ______ *Date* at ______ *Time* ☐ a.m. ☐ p.m. in ______ *Courtroom*

**In-person at:**

______ *Courthouse Address* *City* *State* *ZIP*

OR

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):

By telephone: ______ *Call-in number for telephone remote appearance*

By video conference: ______ *Video conference website*

______ *Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk at: ______ *Circuit Clerk's phone number* or visit their website at: ______ *Website* to find out more about how to do this.

In **4b,** fill out:
- The court date and time the clerk gave you.
- The courtroom and address of the court building.
- The call-in or video information for remote appearances (if applicable).
- The clerk's phone number and website.

All of this information is available from the Circuit Clerk.

**STOP!**
The Circuit Clerk will fill in this section.

**Witness this Date:** 11/30/2022 3:04 PM IRIS Y. MARTINEZ

**Clerk of the Court:** ______

Seal of Court

CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**This *Summons* must be served within 30 days of the witness date.**

**STOP!**
The officer or process server will fill in the Date of Service.

Date of Service: ______
*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

FILED DATE: 11/30/2022 3:04 PM 2022L010595

| STATE OF ILLINOIS, CIRCUIT COURT<br>Cook COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | *For Court Use Only* |
|---|---|---|

| **Instructions** | | |
|---|---|---|
| Enter above the county name where the case was filed. | | |
| Enter your name as Plaintiff/Petitioner. | YURY GRENADYOR<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v.<br>DISCOVER FINANCIAL SERVICES.<br>**Defendant / Respondent** *(First, middle, last name)* | |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | 22-L-010595<br>**Case Number** |

****Stop. Do not complete the form. The sheriff or special process server will fill in the form.****

**My name is** ______________________ **and I state**
*First, Middle, Last*

☐ **I served the *Summons* and Complaint/Petition on the Defendant/Respondent**
______________________ **as follows:**
*First, Middle, Last*

☐ Personally on the Defendant/Respondent:
Male ☐ Female ☐ Non-Binary ☐ Approx. Age: ________ Race: ________
On this date: ________ at this time: ________ ☐ a.m. ☐ p.m.
Address, Unit#: ________
City, State, ZIP: ________

☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
On this date: ________ at this time: ________ ☐ a.m. ☐ p.m.
Address, Unit#: ________
City, State, ZIP: ________
And left it with: ________
*First, Middle, Last*
Male ☐ Female ☐ Non-Binary ☐ Approx. Age: ________ Race: ________
and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on ________ , 20 ________ .

☐ On the Corporation's agent, ________
*First, Middle, Last*
Male ☐ Female ☐ Non-Binary ☐ Approx. Age: ________ Race: ________
On this date: ________ at this time: ________ ☐ a.m. ☐ p.m.
Address: ________
City, State, ZIP: ________

Enter the Case Number given by the Circuit Clerk: 2022L010595

FILED DATE: 11/30/2022 3:04 PM 2022L010595

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_______________________________________________
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: ______________ at this time: ________ ☐ a.m. ☐ p.m.
   Address: ______________________________
   City, State, ZIP: ______________________________
   Other information about service attempt: ______________________________

2. On this date: ______________ at this time: ________ ☐ a.m. ☐ p.m.
   Address: ______________________________
   City, State, ZIP: ______________________________
   Other information about service attempt: ______________________________

3. On this date: ______________ at this time: ________ ☐ a.m. ☐ p.m.
   Address: ______________________________
   City, State, ZIP: ______________________________
   Other information about service attempt: ______________________________

**DO NOT** complete this section. The sheriff or private process server will complete it.

**If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.**

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**By:**

_______________________________
*Signature by:* ☐ Sheriff
☐ Sheriff outside Illinois:

_______________________________
*County and State*

☐ Special process server
☐ Licensed private detective

_______________________________
*Print Name*

**FEES**

Service and Return: $ ________
Miles ________ $ ________
Total $ 0.00

If *Summons* is served by licensed private detective or private detective agency:
License Number: ______________________

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, J

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

FILED DATE: 11/30/2022 3:07 PM 2022L010595

| STATE OF ILLINOIS, CIRCUIT COURT Cook COUNTY | SUMMONS | For Court Use Only<br>FILED<br>11/30/2022 3:07 PM<br>IRIS Y. MARTINEZ<br>CIRCUIT CLERK<br>COOK COUNTY, IL<br>2022L010595<br>Calendar, J<br>20491202 |
|---|---|---|

| Instructions ▼ | | |
|---|---|---|
| Enter above the county name where the case was filed. | YURY GRENADYOR<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | v. | |
| Enter the names of all people you are suing as Defendants/ Respondents. | EXPERIAN INFORMATION SOLUTIONS, INC.<br>**Defendant / Respondent** *(First, middle, last name)* | 22-L-010595<br>**Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

**IMPORTANT INFORMATION:**

There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.

Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org.

**Plaintiff/Petitioner:**

Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons*, *Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.

If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent.

In **1a**, enter the name and address of a Defendant/ Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here.

In **1b**, enter a second address for Defendant/ Respondent, if you have one.

In **1c**, check how you are sending your documents to Defendant/ Respondent.

**1. Defendant/Respondent's address and service information:**

a. Defendant/Respondent's primary address/information for service:
Name *(First, Middle, Last)*: EXPERIAN INFORMATION SOLUTIONS INC
Registered Agent's name, if any: ____
Street Address, Unit #: 475 Anton Blvd
City, State, ZIP: Costa Mesa, CA 92626
Telephone: ____ Email: ____

b. If you have more than one address where Defendant/Respondent might be found, list that here:
Name *(First, Middle, Last)*: ____
Street Address, Unit #: ____
City, State, ZIP: ____
Telephone: ____ Email: ____

c. Method of service on Defendant/Respondent:
☐ Sheriff ☐ Sheriff outside Illinois: ____ *County & State*
☐ Special process server ☐ Licensed private detective

FILED DATE: 11/30/2022 3:07 PM 2022L010595

In **2**, enter the amount of money owed to you.

**2. Information about the lawsuit:**

Amount claimed: $ ______

In **3**, enter your complete address, telephone number, and email address, if you have one.

**3. Contact information for the Plaintiff/Petitioner:**

Name *(First, Middle, Last)*: YURY GRENADYOR

Street Address, Unit #: 9009 Golf Road Apt. 5h

City, State, ZIP: Des Plaines, IL 60016

Telephone: ______ Email: ______

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

**Important information for the person getting this form**

You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/.

Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**.

In **4a,** fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response*.

In **4b,** fill out:
- The court date and time the clerk gave you.
- The courtroom and address of the court building.
- The call-in or video information for remote appearances (if applicable).
- The clerk's phone number and website.

All of this information is available from the Circuit Clerk.

**4. Instructions for person receiving this *Summons* (Defendant):**

☑ a. To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service)* by e-filing or at:

Address: 50 West Washington St.

City, State, ZIP: Chicago, IL 60602

☐ b. Attend court:

On: ______ *Date* at ______ *Time* ☐ a.m. ☐ p.m. in ______ *Courtroom*

**In-person at:**

______ *Courthouse Address* *City* *State* *ZIP*

OR

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):

By telephone: ______ *Call-in number for telephone remote appearance*

By video conference: ______ *Video conference website*

______ *Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk at: ______ *Circuit Clerk's phone number* or visit their website at: ______ *Website* to find out more about how to do this.

**STOP!** The Circuit Clerk will fill in this section.

**Witness this Date:** 11/30/2022 3:07 PM IRIS Y. MARTINEZ

**Clerk of the Court:** ______

CIRCUIT COURT OF COOK COUNTY, ILLINOIS

*Seal of Court*

**This *Summons* must be served within 30 days of the witness date.**

**STOP!** The officer or process server will fill in the Date of Service.

Date of Service: ______

*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

FILED DATE: 11/30/2022 3:07 PM 2022L010595

| STATE OF ILLINOIS, CIRCUIT COURT<br>Cook COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | | |
| Enter your name as Plaintiff/Petitioner. | YURY GRENADYOR<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br>**Defendant / Respondent** *(First, middle, last name)* | |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | 22-L-010595<br>**Case Number** |

****Stop. Do not complete the form. The sheriff or special process server will fill in the form.****

**My name is** ______________________________ **and I state**
*First, Middle, Last*

☐ **I served the *Summons* and Complaint/Petition on the Defendant/Respondent**

______________________________ **as follows:**
*First, Middle, Last*

☐ Personally on the Defendant/Respondent:
Male ☐ Female ☐ Non-Binary ☐ Approx. Age: __________ Race: __________
On this date: __________ at this time: __________ ☐ a.m. ☐ p.m.
Address, Unit#: ______________________________
City, State, ZIP: ______________________________

☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
On this date: __________ at this time: __________ ☐ a.m. ☐ p.m.
Address, Unit#: ______________________________
City, State, ZIP: ______________________________
And left it with: ______________________________
*First, Middle, Last*
Male ☐ Female ☐ Non-Binary ☐ Approx. Age: __________ Race: __________
and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on __________ , 20 ______ .

☐ On the Corporation's agent, ______________________________
*First, Middle, Last*
Male ☐ Female ☐ Non-Binary ☐ Approx. Age: __________ Race: __________
On this date: __________ at this time: __________ ☐ a.m. ☐ p.m.
Address: ______________________________
City, State, ZIP: ______________________________

FILED DATE: 11/30/2022 3:07 PM 2022L010595

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_______________________________________________
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: ______________ at this time: ________ ☐ a.m. ☐ p.m.
   Address: ______________________________
   City, State, ZIP: ______________________________
   Other information about service attempt: ______________________________

2. On this date: ______________ at this time: ________ ☐ a.m. ☐ p.m.
   Address: ______________________________
   City, State, ZIP: ______________________________
   Other information about service attempt: ______________________________

3. On this date: ______________ at this time: ________ ☐ a.m. ☐ p.m.
   Address: ______________________________
   City, State, ZIP: ______________________________
   Other information about service attempt: ______________________________

**DO NOT** complete this section. The sheriff or private process server will complete it.

**If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.**

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**By:**

______________________________

*Signature by:* ☐ Sheriff
☐ Sheriff outside Illinois:

______________________________
*County and State*

☐ Special process server
☐ Licensed private detective

______________________________
*Print Name*

**FEES**

| | |
|---|---|
| Service and Return: | $ |
| Miles ________ | $ |
| Total | $ 0.00 |

If *Summons* is served by licensed private detective or private detective agency:
License Number: ______________________________

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, J

**This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.**

FILED DATE: 11/30/2022 3:09 PM 2022L010595

| **STATE OF ILLINOIS, CIRCUIT COURT**<br>Cook **COUNTY** | **SUMMONS** | *For Court Use Only*<br>FILED<br>11/30/2022 3:09 PM<br>IRIS Y. MARTINEZ<br>CIRCUIT CLERK<br>COOK COUNTY, IL<br>2022L010595<br>Calendar, J<br>20491317 |
|---|---|---|

| **Instructions ▾** | | |
|---|---|---|
| Enter above the county name where the case was filed. | YURY GRENADYOR<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | v. | |
| Enter the names of all people you are suing as Defendants/ Respondents. | EQUIFAX INFORMATION SERVICES, LLC<br>**Defendant / Respondent** *(First, middle, last name)* | 22-L-010595<br>**Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

**IMPORTANT INFORMATION:**

There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.

Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org.

**Plaintiff/Petitioner:**

Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons*, *Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.

If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent.

In **1a**, enter the name and address of a Defendant/ Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here.

In **1b**, enter a second address for Defendant/ Respondent, if you have one.

In **1c**, check how you are sending your documents to Defendant/ Respondent.

**1. Defendant/Respondent's address and service information:**

a. Defendant/Respondent's primary address/information for service:
Name *(First, Middle, Last)*: EQUIFAX INFORMATION SERVICES, LLC
Registered Agent's name, if any: THE PRENTICE-HALL CORPORATION SYSTEM,
Street Address, Unit #: 2710 GATEWAY OAKS DR STE 150N
City, State, ZIP: SACRAMENTO, CA 95833
Telephone: ____________ Email: ____________

b. If you have more than one address where Defendant/Respondent might be found, list that here:
Name *(First, Middle, Last)*: ____________
Street Address, Unit #: ____________
City, State, ZIP: ____________
Telephone: ____________ Email: ____________

c. Method of service on Defendant/Respondent:
☐ Sheriff ☐ Sheriff outside Illinois: ____________ *County & State*
☐ Special process server ☐ Licensed private detective

In **2**, enter the amount of money owed to you.

**2. Information about the lawsuit:**

Amount claimed: $ ____________

In **3**, enter your complete address, telephone number, and email address, if you have one.

**3. Contact information for the Plaintiff/Petitioner:**

Name *(First, Middle, Last)*: YURY GRENADYOR

Street Address, Unit #: 9009 Golf Road Apt. 5h

City, State, ZIP: Des Plaines, IL 60016

Telephone: ____________ Email: ____________

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

**Important information for the person getting this form**

You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/.

Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**.

**4. Instructions for person receiving this *Summons* (Defendant):**

☑ a. To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:

Address: 50 W. Washington St.

City, State, ZIP: Chicago, IL 60602

In **4a,** fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response*.

☐ b. Attend court:

On: ____________ *Date* at ____________ *Time* ☐ a.m. ☐ p.m. in ____________ *Courtroom*

**In-person at:**

____________ *Courthouse Address* *City* *State* *ZIP*

OR

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):

By telephone: ____________ *Call-in number for telephone remote appearance*

By video conference: ____________ *Video conference website*

____________ *Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk at: ____________ *Circuit Clerk's phone number* or visit their website at: ____________ *Website* to find out more about how to do this.

In **4b,** fill out:
- The court date and time the clerk gave you.
- The courtroom and address of the court building.
- The call-in or video information for remote appearances (if applicable).
- The clerk's phone number and website.

All of this information is available from the Circuit Clerk.

**STOP!** The Circuit Clerk will fill in this section.

**Witness this Date:** 11/30/2022 3:09 PM IRIS Y. MARTINEZ

**Clerk of the Court:** ____________

*Seal of Court*

**STOP!** The officer or process server will fill in the Date of Service.

**This *Summons* must be served within 30 days of the witness date.**

Date of Service: ____________
*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

FILED DATE: 11/30/2022 3:09 PM 2022L010595

| STATE OF ILLINOIS, CIRCUIT COURT<br>Cook COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | | |
| Enter your name as Plaintiff/Petitioner. | YURY GRENADYOR<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v.<br>EQUIFAX INFORMATION SERVICES, LLC<br>**Defendant / Respondent** *(First, middle, last name)* | |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | 22-L-010595<br>**Case Number** |

****Stop. Do not complete the form. The sheriff or special process server will fill in the form.****

**My name is** ______________________ **and I state**
*First, Middle, Last*

☐ **I served the *Summons* and Complaint/Petition on the Defendant/Respondent**
______________________ **as follows:**
*First, Middle, Last*

☐ Personally on the Defendant/Respondent:
Male ☐ Female ☐ Non-Binary ☐ Approx. Age: ________ Race: ________
On this date: ________ at this time: ________ ☐ a.m. ☐ p.m.
Address, Unit#: ______________________
City, State, ZIP: ______________________

☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
On this date: ________ at this time: ________ ☐ a.m. ☐ p.m.
Address, Unit#: ______________________
City, State, ZIP: ______________________
And left it with: ______________________
*First, Middle, Last*
Male ☐ Female ☐ Non-Binary ☐ Approx. Age: ________ Race: ________
and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on ________ , 20 ____ .

☐ On the Corporation's agent, ______________________
*First, Middle, Last*
Male ☐ Female ☐ Non-Binary ☐ Approx. Age: ________ Race: ________
On this date: ________ at this time: ________ ☐ a.m. ☐ p.m.
Address: ______________________
City, State, ZIP: ______________________

Enter the Case Number given by the Circuit Clerk: 2022L010595

FILED DATE: 11/30/2022 3:09 PM 2022L010595

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_______________________________________________
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: ______________ at this time: ________ ☐ a.m. ☐ p.m.
   Address: ______________________________
   City, State, ZIP: ______________________________
   Other information about service attempt: ______________________________

2. On this date: ______________ at this time: ________ ☐ a.m. ☐ p.m.
   Address: ______________________________
   City, State, ZIP: ______________________________
   Other information about service attempt: ______________________________

3. On this date: ______________ at this time: ________ ☐ a.m. ☐ p.m.
   Address: ______________________________
   City, State, ZIP: ______________________________
   Other information about service attempt: ______________________________

**DO NOT** complete this section. The sheriff or private process server will complete it.

**If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.**

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**By:**

______________________________

*Signature by:* ☐ Sheriff
☐ Sheriff outside Illinois:

______________________________
*County and State*

☐ Special process server
☐ Licensed private detective

______________________________
*Print Name*

**FEES**

Service and Return: $ ________
Miles ________ $ ________
Total $ 0.00

If *Summons* is served by licensed private detective or private detective agency:
License Number: ______________________________

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, J

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

FILED DATE: 11/30/2022 3:13 PM 2022L010595

| STATE OF ILLINOIS, CIRCUIT COURT<br>Cook COUNTY | SUMMONS | For Court Use Only<br>FILED<br>11/30/2022 3:13 PM<br>IRIS Y. MARTINEZ<br>CIRCUIT CLERK<br>COOK COUNTY, IL<br>2022L010595<br>Calendar, J<br>20491468 |
|---|---|---|
| **Instructions** | | |
| Enter above the county name where the case was filed.<br>Enter your name as Plaintiff/Petitioner. | YURY GRENADYOR<br>**Plaintiff / Petitioner** *(First, middle, last name)*<br>v. | |
| Enter the names of all people you are suing as Defendants/ Respondents. | INNOVIS DATA SOLUTIONS INC<br>**Defendant / Respondent** *(First, middle, last name)* | 22-L-010595<br>**Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

| | |
|---|---|
| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.<br><br>E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.<br><br>Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. |
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons*, *Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.<br><br>If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

In **1a**, enter the name and address of a Defendant/ Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here.

In **1b**, enter a second address for Defendant/ Respondent, if you have one.

In **1c**, check how you are sending your documents to Defendant/ Respondent.

**1. Defendant/Respondent's address and service information:**

a. Defendant/Respondent's primary address/information for service:
Name *(First, Middle, Last)*: INNOVIS DATA SOLUTIONS INC
Registered Agent's name, if any: ____________
Street Address, Unit #: 250 East Town Street
City, State, ZIP: Columbus, Ohio 43215
Telephone: ____________ Email: ____________

b. If you have more than one address where Defendant/Respondent might be found, list that here:
Name *(First, Middle, Last)*: ____________
Street Address, Unit #: ____________
City, State, ZIP: ____________
Telephone: ____________ Email: ____________

c. Method of service on Defendant/Respondent:
☐ Sheriff ☐ Sheriff outside Illinois: ____________ *County & State*
☐ Special process server ☐ Licensed private detective

Enter the Case Number given by the Circuit Clerk: 2022L010595

FILED DATE: 11/30/2022 3:13 PM 2022L010595

In **2**, enter the amount of money owed to you.

**2. Information about the lawsuit:**

Amount claimed: $ ____________

In **3**, enter your complete address, telephone number, and email address, if you have one.

**3. Contact information for the Plaintiff/Petitioner:**

Name *(First, Middle, Last)*: YURY GRENADYOR

Street Address, Unit #: 9009 Golf Road Apt. 5h

City, State, ZIP: Des Plaines, IL 60016

Telephone: ____________ Email: ____________

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

**Important information for the person getting this form**

You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/.

Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**.

In **4a,** fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response*.

In **4b,** fill out:
- The court date and time the clerk gave you.
- The courtroom and address of the court building.
- The call-in or video information for remote appearances (if applicable).
- The clerk's phone number and website.

All of this information is available from the Circuit Clerk.

**4. Instructions for person receiving this *Summons* (Defendant):**

☑ a. To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service)* by e-filing or at:

Address: 50 West Washington St.

City, State, ZIP: Chicago, IL 60602

☐ b. Attend court:

On: ____________ at ____________ ☐ a.m. ☐ p.m. in ____________
*Date* *Time* *Courtroom*

**In-person at:**

____________
*Courthouse Address* *City* *State* *ZIP*

OR

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"**):**

By telephone: ____________
*Call-in number for telephone remote appearance*

By video conference: ____________
*Video conference website*

____________
*Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk at: ____________ or visit their website
*Circuit Clerk's phone number*

at: ____________ to find out more about how to do this.
*Website*

**STOP!**
The Circuit Clerk will fill in this section.

**Witness this Date:** 11/30/2022 3:13 PM IRIS Y. MARTINEZ

CIRCUIT COURT OF COOK COUNTY, ILLINOIS

*Seal of Court*

**Clerk of the Court:** ____________

**STOP!**
The officer or process server will fill in the Date of Service.

**This *Summons* must be served within 30 days of the witness date.**

Date of Service: ____________
*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

FILED DATE: 11/30/2022 3:13 PM 2022L010595

| STATE OF ILLINOIS, CIRCUIT COURT<br>Cook COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|
| **Instructions** | | |
| Enter above the county name where the case was filed. | | |
| Enter your name as Plaintiff/Petitioner. | YURY GRENADYOR<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v.<br>INNOVIS DATA SOLUTIONS INC<br>**Defendant / Respondent** *(First, middle, last name)* | |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | 22-L-010595<br>**Case Number** |

****Stop. Do not complete the form. The sheriff or special process server will fill in the form.****

**My name is** ______________________________ **and I state**
*First, Middle, Last*

☐ **I served the *Summons* and Complaint/Petition on the Defendant/Respondent**
______________________________ **as follows:**
*First, Middle, Last*

☐ Personally on the Defendant/Respondent:
Male ☐ Female ☐ Non-Binary ☐ Approx. Age: ________ Race: ____________
On this date: ____________ at this time: ________ ☐ a.m. ☐ p.m.
Address, Unit#: ______________________________
City, State, ZIP: ______________________________

☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
On this date: ____________ at this time: ________ ☐ a.m. ☐ p.m.
Address, Unit#: ______________________________
City, State, ZIP: ______________________________
And left it with: ______________________________
*First, Middle, Last*
Male ☐ Female ☐ Non-Binary ☐ Approx. Age: ________ Race: ____________
and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on ____________ , 20 ______ .

☐ On the Corporation's agent, ______________________________
*First, Middle, Last*
Male ☐ Female ☐ Non-Binary ☐ Approx. Age: ________ Race: ____________
On this date: ____________ at this time: ________ ☐ a.m. ☐ p.m.
Address: ______________________________
City, State, ZIP: ______________________________

FILED DATE: 11/30/2022 3:13 PM 2022L010595

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_______________________________________________
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: ______________ at this time: ________ ☐ a.m. ☐ p.m.
   Address: ______________________________
   City, State, ZIP: ______________________________
   Other information about service attempt: ______________________________

2. On this date: ______________ at this time: ________ ☐ a.m. ☐ p.m.
   Address: ______________________________
   City, State, ZIP: ______________________________
   Other information about service attempt: ______________________________

3. On this date: ______________ at this time: ________ ☐ a.m. ☐ p.m.
   Address: ______________________________
   City, State, ZIP: ______________________________
   Other information about service attempt: ______________________________

**DO NOT** complete this section. The sheriff or private process server will complete it.

**If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.**

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**By:**

______________________________

*Signature by:* ☐ Sheriff
☐ Sheriff outside Illinois:

______________________________
*County and State*

☐ Special process server
☐ Licensed private detective

______________________________
*Print Name*

**FEES**

Service and Return: $ ________
Miles ________ $ ________
Total $ 0.00

If *Summons* is served by licensed private detective or private detective agency:
License Number: ______________________________

CIRCUIT COURT OF COOK COUNTY
LAW DIV., RM 2003 DALEY CTR.
CHICAGO, IL. 60602


TRANSUNION, LLC
555 WEST ADAMS ST
CHICAGO
IL - 60661
          NOTICE OF ZOOM CASE MANAGEMENT
          CASE: 2022L010595
Yury Grnadyor -vs- Discover Financial Services,EXPERIAN INFORMATION SOLUTIONS, I

This cause is scheduled for initial case management via Zoom

before Judge,  Bartkowicz, Ronald F

 On Tuesday  January  31  2023 at 09:30 AM

          ** DO NOT APPEAR IN PERSON **

To access Zoom by video go to https://zoom.us/join then

enter the access code and password listed below.

ZOOM ACCESS CODE: 418-896-0633   PASSWORD: 805052

To access Zoom by phone, call 312-626-6799 and then enter

the access code and password listed above.

For questions email: law.caljcc@cookcountyil.gov

You cannot access Zoom until your scheduled hearing date.

All attorneys of record and self-represented litigants are

required to appear via Zoom and advise the court as to the status of the case.

CIRCUIT COURT OF COOK COUNTY
LAW DIV., RM 2003 DALEY CTR.
CHICAGO, IL. 60602

INNOVIS DATA SOLUTIONS INC.
250 EAST TOWN ST
COLUMBUS
OH - 43215
   NOTICE OF ZOOM CASE MANAGEMENT
   CASE: 2022L010595
Yury Grnadyor -vs- Discover Financial Services,EXPERIAN INFORMATION SOLUTIONS, I

This cause is scheduled for initial case management via Zoom

before Judge,  Bartkowicz, Ronald F

 On Tuesday  January  31  2023 at 09:30 AM

   ** DO NOT APPEAR IN PERSON **

To access Zoom by video go to https://zoom.us/join then

enter the access code and password listed below.

ZOOM ACCESS CODE: 418-896-0633   PASSWORD: 805052

To access Zoom by phone, call 312-626-6799 and then enter

the access code and password listed above.

For questions email: law.caljcc@cookcountyil.gov

You cannot access Zoom until your scheduled hearing date.

All attorneys of record and self-represented litigants are

required to appear via Zoom and advise the court as to the status of the case.

CIRCUIT COURT OF COOK COUNTY
LAW DIV., RM 2003 DALEY CTR.
CHICAGO, IL. 60602


Grnadyor Yury
9009 Golf Road
Des Plaines
IL - 60016
      NOTICE OF ZOOM CASE MANAGEMENT
      CASE: 2022L010595
Yury Grnadyor -vs- Discover Financial Services,EXPERIAN INFORMATION SOLUTIONS, I

This cause is scheduled for initial case management via Zoom

before Judge,  Bartkowicz, Ronald F

 On Tuesday  January  31  2023 at 09:30 AM

     ** DO NOT APPEAR IN PERSON **

To access Zoom by video go to https://zoom.us/join then

enter the access code and password listed below.

ZOOM ACCESS CODE: 418-896-0633   PASSWORD: 805052

To access Zoom by phone, call 312-626-6799 and then enter

the access code and password listed above.

For questions email: law.caljcc@cookcountyil.gov

You cannot access Zoom until your scheduled hearing date.

All attorneys of record and self-represented litigants are

required to appear via Zoom and advise the court as to the status of the case.

CIRCUIT COURT OF COOK COUNTY
LAW DIV., RM 2003 DALEY CTR.
CHICAGO, IL. 60602


EXPERIAN INFORMATION SOLUTIONS
475 ANTON BLVD.
COSTA MESA
CA - 92626
          NOTICE OF ZOOM CASE MANAGEMENT
          CASE: 2022L010595
Yury Grnadyor -vs- Discover Financial Services,EXPERIAN INFORMATION SOLUTIONS, I

This cause is scheduled for initial case management via Zoom

before Judge,  Bartkowicz, Ronald F

 On Tuesday  January  31  2023 at 09:30 AM

          ** DO NOT APPEAR IN PERSON **

To access Zoom by video go to https://zoom.us/join then

enter the access code and password listed below.

ZOOM ACCESS CODE: 418-896-0633   PASSWORD: 805052

To access Zoom by phone, call 312-626-6799 and then enter

the access code and password listed above.

For questions email: law.caljcc@cookcountyil.gov

You cannot access Zoom until your scheduled hearing date.

All attorneys of record and self-represented litigants are

required to appear via Zoom and advise the court as to the status of the case.

CIRCUIT COURT OF COOK COUNTY
LAW DIV., RM 2003 DALEY CTR.
CHICAGO, IL. 60602

EQUIFAX INFORMATION SERVICES,
2710 GATEWAY OAKS DR
SACRAMENTO
CA - 95833
   NOTICE OF ZOOM CASE MANAGEMENT
   CASE: 2022L010595
Yury Grnadyor -vs- Discover Financial Services,EXPERIAN INFORMATION SOLUTIONS, I

This cause is scheduled for initial case management via Zoom

before Judge, Bartkowicz, Ronald F

 On Tuesday  January  31  2023 at 09:30 AM

   ** DO NOT APPEAR IN PERSON **

To access Zoom by video go to https://zoom.us/join then

enter the access code and password listed below.

ZOOM ACCESS CODE: 418-896-0633   PASSWORD: 805052

To access Zoom by phone, call 312-626-6799 and then enter

the access code and password listed above.

For questions email: law.caljcc@cookcountyil.gov

You cannot access Zoom until your scheduled hearing date.

All attorneys of record and self-represented litigants are

required to appear via Zoom and advise the court as to the status of the case.

CIRCUIT COURT OF COOK COUNTY
LAW DIV., RM 2003 DALEY CTR.
CHICAGO, IL. 60602


Discover Financial Services
2500 Lake Cook Rd.
Riverwoods
IL - 60015
     NOTICE OF ZOOM CASE MANAGEMENT
      CASE: 2022L010595
Yury Grnadyor -vs- Discover Financial Services,EXPERIAN INFORMATION SOLUTIONS, I

This cause is scheduled for initial case management via Zoom

before Judge,  Bartkowicz, Ronald F

 On Tuesday  January  31  2023 at 09:30 AM

      ** DO NOT APPEAR IN PERSON **

To access Zoom by video go to https://zoom.us/join then

enter the access code and password listed below.

ZOOM ACCESS CODE: 418-896-0633   PASSWORD: 805052

To access Zoom by phone, call 312-626-6799 and then enter

the access code and password listed above.

For questions email: law.caljcc@cookcountyil.gov

You cannot access Zoom until your scheduled hearing date.

All attorneys of record and self-represented litigants are

required to appear via Zoom and advise the court as to the status of the case.

CIRCUIT COURT OF COOK COUNTY
LAW DIV. RM. 801,  DALEY CENTER.
 CHICAGO IL-60602


Grnadyor Yury
9009 Golf Road
Des Plaines
IL - 60016
venis@venisandcopp.com


      NOTICE OF ZOOM CASE MANAGEMENT
      CASE: 2022L010595


Yury Grnadyor -vs- Discover Financial Services,EXPERIAN INFORMATION SOLUTIONS, I


This cause is scheduled for initial case management via Zoom
before Judge,  Bartkowicz, Ronald F  On Tuesday  January  31  2023 at 09:30 AM
      ** DO NOT APPEAR IN PERSON **
To access Zoom by video go to https://zoom.us/join then
enter the access code and password listed below.
ZOOM ACCESS CODE: 418-896-0633   PASSWORD: 805052

To access Zoom by phone, call 312-626-6799 and then enter
the access code and password listed above.
For questions email: law.caljcc@cookcountyil.gov
You cannot access Zoom until your scheduled hearing date.
All attorneys of record and self-represented litigants are
required to appear via Zoom and advise the court as to the status of the case.

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**MUNICIPAL DEPARTMENT, FIRST DISTRICT**

YURY GRENADYOR,

Plaintiff,

vs.

DISCOVER FINANCIAL SERVICES; TRANSUNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS INC.; INNOVIS DATA SOLUTIONS INC.;

Defendants.

No. 22-L-010595

**ORDER**

4331

1. The Case Management Conference set for January 31, 2023, is hereby struck.

2. The cases is continued for Case Management Conference on 3/15 2023 at 11:00 A m in room 2609 and via Zoom. Zoom information: Meeting ID: 418 896 0633. Password: 808052.

4419
4386

ENTER: [signature]
Judge of the Circuit Court

Attorney Name: Frank Venis
Firm Name: Venis and Copp LLP
Attorney for: Plaintiff
Firm Address: 205 W. Randolph St. Suite 2000, Chicago, Illinois 60606
Attorney Email: Venis@venisandcopp.com
Attorney Phone: (312) 469-0707
Attorney Number: 49973

Judge Ronald F. Bartkowicz
ENTERED
JAN 26 2023
Circuit Court – 193

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**MUNICIPAL DEPARTMENT, FIRST DISTRICT**

YURY GRENADYOR, )
Plaintiff, )
vs. ) No. 22-L-010595
DISCOVER FINANCIAL SERVICES; TRANSUNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS INC.; INNOVIS DATA SOLUTIONS INC.; )
Defendants. )

**ORDER**

4331

1. The Case Management Conference set for January 31, 2023, is hereby struck.

2. The cases is continued for Case Management Conference on 3/15 2023 at 11:00 A m in room 2609 and via Zoom. Zoom information: Meeting ID: 418 896 0633. Password: 808052.

4419
4386

ENTER: [signature]
Judge of the Circuit Court

Attorney Name: Frank Venis
Firm Name: Venis and Copp LLP
Attorney for: Plaintiff
Firm Address: 205 W. Randolph St. Suite 2000, Chicago, Illinois 60606
Attorney Email: Venis@venisandcopp.com
Attorney Phone: (312) 469-0707
Attorney Number: 49973

Judge Ronald F. Bartkowicz
ENTERED
JAN 26 2023
Circuit Court – 193